Certificate Number: 05781-ILN-DE-041677708

Bankruptcy Case Number: 26-18264

05781-ILN-DE-041677708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 4:31 o'clock PM PST, Maria Cecilia Morales Villarreal completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President